C/C
09-30-20

In The United States District Court
For The Northern District of Texas
Abilene Division

Ex Parte
Kenneth Roblez
Case No. 1:20-cv-00050-C

Motion To File For Protection From TDCJ Officials

To The Honorable Senior United States District Judge Sam R Cummings:

Now Comes Kenneth Roblez, hereinafter called Petitioner, and files this motion for protection from TDCJ Officials who are retaliating/harassing him in attempt to stop him from pursuing his Federal Habeas Corpus Petition, and will show the following:

Petitioner is no lawyer and with limited resources will do his best. On 06-29-20 at 2:03pm in A-1 section in 3 Bldg at 8 cell Petitioner was threatened by TDCJ official hereinafter named John Doe #1 (video footage will identify identity of John Doe #1). Petitioner seen no nameplate and was refused his name. John Doe #1 after overhearing Petitioner make a statement to C.O. III Jennifer Norris about being scared of John Doe #1 responded by telling Petitioner "what the fuck did you say"? Petitioner replied leave me alone which John Doe #1 responded give me your ID. Petitioner complied, asked what he was being written up for and he has "due process". John Doe #1 replied "fuck your lawsuit and process" violating 1rst Amendment. Petitioner replied lawsuit(?) which John Doe replied, yeah I know about your lawsuit, this is for fucking with Pittcock, I know about her "motherfucker" and I am going to bury your ass.

Pg. 1 of 3

- Later Petitioner was ordered to go to Sgt. Thomas Pantoja who asked for Petitioner's statement. Said Sgt. became mad when Petitioner requested to hear the entire statement made by C.O. Norris since he <u>must</u> have the entire statement to give an adequate statement. Petitioner was confused since John Doe #1 is the officer who asked for Petitioner's ID not C.O. III Norris. After being refused the right to sign the statement and write one Petitioner was handcuffed and locked up.

- Sgt. Pantoja multiple times threatened Petitioner about being a Cho Mo (aka child molester) Petitioner denied this. Petitioner is afraid after being refused OPI (Offender Protection Investigation) by Sgt. Pantoja and since Petitioner has been locked up in PHD (Pre-Hearing-Detention) Petitioner has been denied food, sheets, toilet paper, soap and cleaning supplies. He has also been denied all his legal material including some pertaining to this Federal Habeas Corpus Petition.

- Petitioner is scared he will be harmed physically in retaliation for his ongoing litigation in this Habeas Corpus Petition involving the major case from LMII Cynthia Pittcock due to hostile statements and threats from Sgt. Pantoja and John Doe #1 along with other TDCJ Officials.

This is not the first act of retaliation against Petitioner. See: Exhibits 1-3. Disturbingly this recent retaliation occurred after Petitioner sent I-60s about the lawsuit. See: Exhibits 5-8 and after asking for protection from LMII Pittcock. See: Exhibit 3.

- For these reasons, Petitioner respectfully requests and prays that this court keeps him safe from retaliation and harm from TDCJ Officials attempting to force him to stop his Federal Habeas Corpus Petition. Due to the seriousness and complexity of this situation Petitioner also requests to have an audience with

pg. 2 of 3

09-30-20

the Honorable Senior Judge to explain all the details of threats, retaliation, etc. from TDCJ Officials including but not limited to John Doe #1, LM II Pittcock and TDCJ offenders.

Wherefore, Petitioner prays this Court grants this motion for protection.

Respectfully Submitted
Kennett Roby
09-30-20

pg. 3 of 3

Kenneth Noller #2182574
TDCJ Robertson Unit
12071 FM 3522
Abilene, TX 79601

LEGAL
Mail

Clerk
United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Texas 79604

RECEIVED
OCT 2 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS


